IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Criminal Action No. 98-cr-00140-ZLW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. SALVATORE CARMINE ANDRETTI, a.k.a. Sal Andretti,

    Defendant.

_____

## ORDER
_____

    After consideration of the case file herein, I hereby exercise my discretion as a senior judge to decline this case.

    Dated at Denver, Colorado, this <u>20</u> day of February, 2008.

                                                  BY THE COURT:

                                                 *s/ Zita L. Weinshienk*

                                                 _____

                                                 ZITA L. WEINSHIENK, Senior Judge
                                                 United States District Court