# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## LEWIS T. BABCOCK, JUDGE

Criminal Case No.   98-cr-00140-LTB
                    99-cr-00434-LTB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.   SALVATORE ANDRETTI,

      Defendant.

_____

# MINUTE ORDER
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK


      This will confirm that a supervised release violation hearing regarding Defendant Andretti is set **Wednesday, May 19, 2010 at 9:00 a.m.** in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.  Defendant must be present.




DATED: April 9, 2010

_____