**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**LEWIS T. BABCOCK, JUDGE**

Criminal Case No.   98-cr-00140-LTB
                    99-cr-00434-LTB
                    05-cr-00052-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.      SALVATORE ANDRETTI,

        Defendant.

---

## MINUTE ORDER

---

BY ORDER OF JUDGE LEWIS T. BABCOCK


      In light of the Court being advised that Defendant Andretti is having surgery on May 18, 2010, the hearing set **Wednesday, May 19, 2010 at 9:00 a.m.** is converted to a status hearing.  **Defendant's presence is waived for this hearing**.


DATED: April 29, 2010

---